**Order entered September 3, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00456-CV

**GAREN KEITH WYATT, Appellant**

**V.**

**TURBO RESTAURANTS, LLC, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00019**

## ORDER

The reporter's record in this case is overdue. By postcard dated July 7, 2020, we notified Court Reporter Gina Udall that the reporter's record was overdue and directed her to file he record within thirty days. To date, Ms. Udall has not filed the reporter's record nor otherwise corresponded with the Court regarding the status of the reporter's record.

Accordingly, we **ORDER** Gina Udall to file, within **TWENTY DAYS** of the date of this order, either (1) the reporter's record, (2) written verification that

appellant has not requested preparation of the reporter's record, or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification he has not requested the record, or has failed to pay for or make arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Aiesha Redmond
Presiding Judge
160th Judicial District Court

Gina Udall
Official Court Reporter
160th Judicial District Court

All parties

/s/ BILL WHITEHILL
JUSTICE